IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC MIRANDA, #M24522, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20−cv−800−DWD |
| ) | |
| ROB JEFFREYS, ) | |
| ANTHONY D. WILLS, ) | |
| SERGEANT DALLAS, ) | |
| SERGEANT JONES, ) | |
| C/O MOORE, ) | |
| C/O MORRIS, ) | |
| JOHN DOES #1-4 and ) | |
| JANE DOE #1, ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court for case management purposes.  Plaintiff has failed to abide by the Court's orders to update his address and failed to respond to the Court's Order to Show Cause.

At the opening of the case, Plaintiff was notified of his obligation to update the Court in writing of any new address within 7 days after a transfer or other change in address occurs, and that failure to do so may result in dismissal of this action for want of prosecution.  (Doc. 4).  The Court's initial Screening Order repeated this warning.  (Doc. 10, p. 11).  After Menard Correctional Center notified the Court that Plaintiff had been released, the Court issued an Order to Show Cause.  (Doc. 14).  Plaintiff was ordered to

respond on or before March 23, 2021.  (Id.).  He has not responded to the Show Cause Order, and has failed to file any update to his address.

Accordingly, this case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order of this Court and failure to prosecute.  See FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).  All pending Motions are **MOOT**.  This dismissal shall NOT count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).  Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the remainder of the filing fee remains due and payable.  See 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: April 9, 2021**

_____
**DAVID W. DUGAN**
**United States District Judge**